**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

05-1318C

Plaintiff(s) or Petitioner(s) Freeway Van Lines, LLC, et al.,

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Alan F. Wohlstetter

Firm Name: Denning & Wohlstetter

Post Office Box:

Street Address: 815 Connecticut Avenue, Suite 500

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 833-8884

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [3] [4]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [D] [O] [D]

See attached sheet for three digit codes.

Amount Claimed: $ To be proven.

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) __________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Plaintiffs

Freeway Van Lines, LLC
Genesis Van Lines, LLC
Heritage Van Lines, LLC
Military Express Shipping Company, LLC
Move U.S.A., Inc.
Navy Van Lines, LLC
Old Glory Van Lines, LLC
Park Place Van Lines, LLC
Planetary Van Lines, LLC
U.S.A. Van Lines, LLC